**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ROGER D. ROMERO,** | ) | CIV F 07-167  AWI DLB |
| Plaintiff, | )<br>)<br>) | ORDER ADOPTING<br>FINDINGS AND |
| v. | )<br>) | RECOMMENDATIONS |
| **MBNA AMERICA BANK, NA,** | )<br>) | |
| **Defendants.** | )<br>) | |
| | ) | |

Plaintiff Roger D. Romero ("Plaintiff"), proceeding *pro se*, removed the instant action from state court on January 29, 2007. On May 4, 2007, the Magistrate Judge issued Findings and Recommendations that the action be DISMISSED on the grounds that Plaintiff wrongly attempted to remove an underlying arbitration proceeding to this Court. The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 4, 2007, are ADOPTED in full; and
2. This action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   **June 21, 2007**                                    /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE