```
                                    FILED
                               JUDGMENT ENTERED

                            _____June 21, 2007_____
                                        Date
                               by _____G. Lucas_____
                                     Deputy Clerk
                                  U.S. District Court
                              Eastern District of California
                             __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ROGER D. ROMERO,

       Plaintiff,

vs.

MBNA AMERICA BANK, NA,

       Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:07-CV-167 AWI DLB

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED:  June 21, 2007

                         VICTORIA C. MINOR, Clerk

                         /S/ G. LucasTimken
               By:
                          Deputy Clerk

jgm.civ
2/1/95